**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **CLIFFORD CHAPPEL,** Plaintiff | : : : |
| vs. | : 5:04-cv-125 (WDO) |
| **ANTHONY SHANE NORRIS** et al., Defendants | : : : : |

## O R D E R

The stipulation of dismissal in this case having been read and considered,

**IT IS ORDERED** that this action be dismissed with prejudice and upon the merits.

**SO ORDERED**, this 10th day of August, 2005.

S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE